UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>                Plaintiffs,<br><br>v.<br><br>LEE THURSTON<br><br>                Defendant. | CIVIL ACTION No.<br><br>04-30136-MAP |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendant.

## JURISDICTION AND VENUE

1.   This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.   This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

**PARTIES**

4. Plaintiff Loud Records, LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6. Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8. Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

9. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

10. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

15. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

LOUD RECORDS, LLC; UMG RECORDINGS, INC.; SONY MUSIC ENTERTAINMENT INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS

By their attorneys,

DATED: 7/20/04

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

Case 3:04-cv-30136-MAP   Document 1   Filed 07/20/2004   Page 7 of 20

# EXHIBIT A

## LEE THURSTON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Phish | Farmhouse | Farmhouse | 281-388 |
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Nevermind | 135-335 |
| Sony Music Entertainment Inc. | Incubus | Wish You Were Here | Morning View | 306-181 |
| UMG Recordings, Inc. | EPMD | Da Joint | Back In Business | 242-277 |
| Sony Music Entertainment Inc. | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Loud Records LLC | Mobb Deep | Quiet Storm Remix | Murda Muzik | 293-229 |
| UMG Recordings, Inc. | DMX | Bring Your Whole Crew | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| Interscope Records | Eminem | Remember Me? | The Marshall Mathers LP | 287-944 |

Case 3:04-cv-30136-MAP    Document 1    Filed 07/20/2004    Page 9 of 20

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Oasis- Champagne Supernova.mp3 | Oasis | 5,248KB | Audio |
| aubreyt@KaZaA | Thug Love Remix (ft Eminem Destinys Child).mp3 | Destiny's Child Feat. Emin… | 3,762KB | Audio |
| aubreyt@KaZaA | Eminem - Who Knew.mp3 | Eminem | 5,330KB | Audio |
| aubreyt@KaZaA | Grateful Dead -Bertha (live).mp3 | Grateful Dead | 9,280KB | Audio |
| aubreyt@KaZaA | COMMODORES__SHE_S_A_BRICK_.MP3 | Commodores | 3,398KB | Audio |
| aubreyt@KaZaA | Nbvnb.mp3 | Ludacris | 4,274KB | Audio |
| aubreyt@KaZaA | Chicago Soundtrack.kpl | Chicago Soundtrack | 3KB | |
| aubreyt@KaZaA | Jack Johnson - Brushfire Fairytales - 04 - Sexy Plexi.mp3 | Jack Johnson | 1,995KB | Audio |
| aubreyt@KaZaA | q-tip.mp3 | Q-Tip | 5,697KB | Audio |
| aubreyt@KaZaA | Dixie Chicks -Wide Open Spaces.mp3 | Dixie Chicks | 5,554KB | Audio |
| aubreyt@KaZaA | 06 - g unit soldiers.mp3 | 50 cent | 1,525KB | Audio |
| aubreyt@KaZaA | grover dill - listen to this.mp3 | Grover Dill | 3,402KB | Audio |
| aubreyt@KaZaA | 09 Shattered.mp3 | Rolling Stones | 5,319KB | Audio |
| aubreyt@KaZaA | heather_nova_we_can_work_it-out.mp3 | Heather Nova | 2,134KB | Audio |
| aubreyt@KaZaA | bob marley - weed.mp3 | Bob Marley | 4,906KB | Audio |
| aubreyt@KaZaA | The Roots feat Erika Badu - You Got Me.mp3 | The Roots | 6,568KB | Audio |
| aubreyt@KaZaA | Staind - Mudshovel (acoustic).mp3 | KaZaA | 1,982KB | Audio |
| aubreyt@KaZaA | MAYALL.kpl | John Mayall_Jeff Beck | 0KB | |
| 2 Users | 02-aesop_rock-daylight-cms.mp3 | Aesop Rock | 6,227KB | Audio |
| aubreyt@KaZaA | Heather Nova - London Rain.mp3 | A | 3,744KB | Audio |
| aubreyt@KaZaA | scarface - on my block.mp3 | Scarface | 4,958KB | Audio |
| aubreyt@KaZaA | 05 - Friday.mp3 | Phish | 9,279KB | Audio |
| aubreyt@KaZaA | Jeff Beck, Buddy Guy - Mustang Sally.mp3 | Buddy Guy_Jeff Beck | 3,260KB | Audio |
| aubreyt@KaZaA | Shaggy_Janet Jackson - Luv Me Luv Me (LARZ).mp3 | Shaggy_Janet Jackson | 5,574KB | Audio |
| aubreyt@KaZaA | Eagles - Best Of My Love.mp3 | Eagles | 5,623KB | Audio |
| aubreyt@KaZaA | James Taylor - Fire And Rain (1).mp3 | James Taylor | 2,398KB | Audio |
| aubreyt@KaZaA | Heather Nova - Walk This World.mp3 | A | 3,585KB | Audio |
| aubreyt@KaZaA | David Gray - Sail Away.mp3 | David Gray | 4,928KB | Audio |
| aubreyt@KaZaA | Capone N Norega - Fuck With Us.mp3 | Capone n' Norega | 3,300KB | Audio |

Found 841 files | 2,440,863 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Capone N Norega - Fuck With Us.mp3 | Capone n' Norega | 3,300KB | Audio |
| aubreyt@KaZaA | The Roots - Section.mp3 | The Roots | 4,866KB | Audio |
| aubreyt@KaZaA | David Gray - White Ladder - 01 - Please forgive me.mp3 | David Gray | 5,248KB | Audio |
| aubreyt@KaZaA | James Taylor - Steamroller Blues.mp3 | James Taylor | 4,974KB | Audio |
| aubreyt@KaZaA | Breakfast at Tiffanys.mp3 | Deep Blue Something | 3,506KB | Audio |
| aubreyt@KaZaA | Tracks of my Tears.mp3 | Linda Ronstadt | 3,364KB | Audio |
| aubreyt@KaZaA | snoop dogg_dr. dre - Nutin But A G Thing.mp3 | Dr. Dre | 3,462KB | Audio |
| aubreyt@KaZaA | Blues Traveler - Back In The Day.mp3 | Blues Traveler | 3,815KB | Audio |
| aubreyt@KaZaA | Canon.mp3 | ZOX | 4,471KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Kashmir.mp3 | A | 8,014KB | Audio |
| aubreyt@KaZaA | nas-107-i_can.mp3 | Nas | 3,979KB | Audio |
| aubreyt@KaZaA | kmd251_en.exe | Sharman Networks Ltd | 5,790KB | Software |
| aubreyt@KaZaA | OAR - Revolution.mp3 | OAR | 7,666KB | Audio |
| aubreyt@KaZaA | Loggins and Messina - Watching the River Run.MP3 | loggins and messina | 4,994KB | Audio |
| aubreyt@KaZaA | Notorious B.I.G. - Big Papa.mp3 | Notorious BIG | 3,466KB | Audio |
| aubreyt@KaZaA | Blues Traveler - Hook.mp3 | Blues Traveler | 4,535KB | Audio |
| aubreyt@KaZaA | Planet Asia - Kalidascope.mp3 | Planet Asia | 3,669KB | Audio |
| aubreyt@KaZaA | Jackson Browne - Doctor My Eyes - 1972.mp3 | Jackson Brown | 3,908KB | Audio |
| aubreyt@KaZaA | 50Cent.mp3 | 50 Cent | 2,134KB | Audio |
| aubreyt@KaZaA | 50 Cent - In Da Club.mp3 | 50 Cent | 5,160KB | Audio |
| aubreyt@KaZaA | Instrumental - Tha Takeover .mp3 | Jay-Z | 4,588KB | Audio |
| aubreyt@KaZaA | Jay-Z N Mariah Carey - Things That U Do.mp3 | Jay-Z | 6,842KB | Audio |
| aubreyt@KaZaA | notorious big - last day.mp3 | Notorious BIG | 4,037KB | Audio |
| aubreyt@KaZaA | Biggie - Born Again - 03 - Dead Wrong(Feat. Eminem).mp3 | Notorious BIG | 6,961KB | Audio |
| aubreyt@KaZaA | Reel Big Fish - Somebody Hates Me.mp3 | Real Big Fish | 1,948KB | Audio |
| aubreyt@KaZaA | Walk This World.mp3 | Heather Nova | 3,099KB | Audio |
| aubreyt@KaZaA | 19-50_cent_snoop_dogg-p_i_m_p_rmx-0mni - AxST.mp3 | 50 Cent | 5,843KB | Audio |
| aubreyt@KaZaA | Mase - 11 - niggaz wanna act.mp3 | Mase | 3,892KB | Audio |
| | Cakewalk PyRO 2003.exe | Cakewalk | 10,383KB | Software |

Found 841 files | 2,440,883 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Cakewalk PYRO 2003.exe | Cakewalk | 10,382KB | Software |
| aubreyt@KaZaA | Heather Nova - I'm Alive.mp3 | Heather Nova | 3,439KB | Audio |
| aubreyt@KaZaA | james taylor-Fire And Rain.MP3 | James Taylor | 3,943KB | Audio |
| aubreyt@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| aubreyt@KaZaA | Disturbed-Believe-remember-New Version.mp3 | Disturbed | 2,945KB | Audio |
| aubreyt@KaZaA | Cold Play - Everything's no.mp3 | Coldplay | 3,888KB | Audio |
| aubreyt@KaZaA | Meatloaf - I would do anything for love.mp3 | Meatloaf | 4,648KB | Audio |
| aubreyt@KaZaA | Led Zeppelin - Communication Breakdown.mp3 | Led Zepplin | 2,307KB | Audio |
| aubreyt@KaZaA | Soul Decision - Faded.mp3 | Soul Decision | 4,922KB | Audio |
| aubreyt@KaZaA | TQ ft. Baby - Keep It On The Low.mp3 | TQ ft. Baby | 6,291KB | Audio |
| aubreyt@KaZaA | Beat Nuts - Stoned Crazy (1).mp3 | Beatnuts | 3,364KB | Audio |
| aubreyt@KaZaA | Q-Tip - N.T .mp3 | Q-Tip | 5,496KB | Audio |
| aubreyt@KaZaA | Aesop Rock - Blue In The Face.mp3 | Aesop Rock | 5,238KB | Audio |
| aubreyt@KaZaA | 04-aesop_rock-Flashflood-cms.mp3 | Aesop Rock | 5,486KB | Audio |
| aubreyt@KaZaA | tonight.kpl | Unknown | 6KB | |
| aubreyt@KaZaA | James Taylor - You've Got A Friend In Me.mp3 | James Taylor | 4,193KB | Audio |
| aubreyt@KaZaA | Sarah Mclachlan - I Will Remember You.mp3 | Sarah Mclachlan | 4,627KB | Audio |
| aubreyt@KaZaA | 01-aesop_rock-labor-cms.mp3 | Aesop Rock | 3,576KB | Audio |
| aubreyt@KaZaA | Lifehouse - Sick Cycle Carousel.mp3 | Lifehouse | 4,117KB | Audio |
| aubreyt@KaZaA | Eyedea Blindly Firing.mp3 | Eyedea_Abilities | 3,534KB | Audio |
| aubreyt@KaZaA | 02_Aesop Rock -- Train Buffer.mp3 | Aesop Rock | 5,449KB | Audio |
| aubreyt@KaZaA | James Taylor - 01 - Something In The Way She Moves.mp3 | James Taylor | 3,350KB | Audio |
| aubreyt@KaZaA | Jewel - Intuition.mp3 | Jewel | 5,461KB | Audio |
| aubreyt@KaZaA | Eagles - Hotel California (Unplugged).mp3 | Eagles | 5,907KB | Audio |
| aubreyt@KaZaA | aesop.rock - garbage.mp3 | Aesop Rock | 5,645KB | Audio |
| aubreyt@KaZaA | Eagles - Seven Bridges Road (1).mp3 | Eagles | 3,412KB | Audio |
| aubreyt@KaZaA | eyedea-arithmatic.mp3 | Eyedea | 2,436KB | Audio |
| aubreyt@KaZaA | Jack Johnson - Brushfire Fairytales - 05 - Flake.mp3 | Jack Johnson | 4,387KB | Audio |
| aubreyt@KaZaA | Mystical - Danger.mp3 | Mystikal | 3,304KB | Audio |

Found 841 files | 2,440,863 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Mystikal- Danger.mp3 | Mystikal | 3,304KB | Audio |
| 2 Users | James Taylor - Mexico (1).mp3 | James Taylor | 2,753KB | Audio |
| aubreyt@KaZaA | mxpx - let's go smoke some pot.mp3 | Real Big Fish | 1,976KB | Audio |
| aubreyt@KaZaA | Parlour Games - Six Finger Satellite - Artist - 22 - Album.mp3 | Six Finger Satellite | 2,884KB | Audio |
| aubreyt@KaZaA | Eyedea_Oddjobs - Sticks and Bricks.mp3 | Eyedea | 1,959KB | Audio |
| aubreyt@KaZaA | desktop.ini | Unknown | 0KB |  |
| aubreyt@KaZaA | DJ Boom Boom - Extasy.mp3 | Techno | 5,534KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Rock and Roll.mp3 | A | 3,451KB | Audio |
| aubreyt@KaZaA | ANTHEM_OF_OUR_DYING_DA.mp3 | Story Of The Year | 3,405KB | Audio |
| aubreyt@KaZaA | Downset.- Bring Meaning.mp3 | Downset | 4,834KB | Audio |
| aubreyt@KaZaA | 05 - Downset - Check Your People.mp3 | Downset | 4,358KB | Audio |
| aubreyt@KaZaA | 07 - Downset - Which Way.mp3 | Downset | 4,674KB | Audio |
| aubreyt@KaZaA | James Taylor - Country Road.mp3 | James Taylor | 3,221KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Stairway to Heaven.mp3 | A | 7,533KB | Audio |
| aubreyt@KaZaA | 03-daylight_(instrumental).mp3 | Beats | 4,102KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Whole Lotta Love.mp3 | A | 5,223KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Gallows Pole.mp3 | Led Zeppelin | 4,662KB | Audio |
| aubreyt@KaZaA | Led Zepplin - Good Times Bad Times.mp3 | A | 2,596KB | Audio |
| aubreyt@KaZaA | Led Zepplin- Smoke on the Water.mp3 | Led Zepplin | 1,212KB | Audio |
| aubreyt@KaZaA | aesop rock - Hold the Cup.mp3 | Aesop Rock | 5,830KB | Audio |
| aubreyt@KaZaA | anti-flag - I Hate My School.mp3 | Anti-Flag | 1,152KB | Audio |
| aubreyt@KaZaA | Folder.jpg | Unknown | 11KB | Image |
| aubreyt@KaZaA | Eyedea_Oddjobs - The Power of Myth.MP3 | Eyedea | 3,768KB | Audio |
| aubreyt@KaZaA | Off by One - High School.mp3 | Off by One | 3,116KB | Audio |
| aubreyt@KaZaA | Theme - Mortal Kombat.mp3 | theme | 3,045KB | Audio |
| aubreyt@KaZaA | Strangefolk-Juicy Fruit.mp3 | Strangefolk | 1,676KB | Audio |
| aubreyt@KaZaA | eric clapton - you look wonderful tonight.mp3 | Eric Clapton | 3,002KB | Audio |
| aubreyt@KaZaA | Iron Maiden - Wrathchild.mp3 | Iron Maiden | 2,675KB | Audio |
| aubreyt@KaZaA | Iron Maiden - Twilight Zone.mp3 | Iron Maiden - Killers | 2,390KB | Audio |

Found 841 files | 2,440,883 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| aubreyt@KaZaA | Iron Maiden - Twilight Zone.mp3 | Iron Maiden - Killers | 2,390KB | Audio | |
| aubreyt@KaZaA | Iron Maiden - Running Free.mp3 | Iron Maiden - Iron Maiden | 3,082KB | Audio | |
| aubreyt@KaZaA | Frank Sanatra - All Or Noth.mp3 | Frank Sinatra | 3,750KB | Audio | |
| aubreyt@KaZaA | james taylor - Baby Jane.mp3 | james taylor | 3,204KB | Audio | |
| aubreyt@KaZaA | Strangefolk - Roads.mp3 | Strangefolk | 4,168KB | Audio | |
| aubreyt@KaZaA | havoc ft 50 cents, big noyd-bump that (remix).mp3 | 50 Cent | 3,872KB | Audio | |
| aubreyt@KaZaA | Eminem_Limp Bizkit- Turn Me Loose.mp3 | Fred Durst and Eminem | 4,888KB | Audio | |
| aubreyt@KaZaA | Strangefolk - Strange Brew.mp3 | Strangefolk | 3,956KB | Audio | |
| aubreyt@KaZaA | Strangefolk - Whatever (acoustic).mp3 | Strangefolk | 6,471KB | Audio | |
| aubreyt@KaZaA | Necro - Underground.mp3 | Necro | 4,884KB | Audio | |
| aubreyt@KaZaA | Tom Petty, George Harrison, Neil Young, Eric Clapton, Bob... | Eric Clapton | 4,404KB | Audio | Tom Petty, George Harrison, Neil |
| aubreyt@KaZaA | necro -Gory Days 04- circle of tyrants(4).mp3 | Necro | 6,837KB | Audio | |
| aubreyt@KaZaA | Outkast - I Like the Way You Move.wma | outkast | 2,737KB | Audio | I Like |
| aubreyt@KaZaA | Santana ft. Michelle Branch - Game Of Love.mp3 | Michelle Branch | 4,794KB | Audio | |
| aubreyt@KaZaA | John Cougar Mellencamp - Small Town (Acoustic).mp3 | John Cougar Mellencamp | 3,378KB | Audio | Sm |
| aubreyt@KaZaA | Jackson Browne-For Taking The Trouble.mp3 | Jackson Browne | 4,133KB | Audio | For |
| aubreyt@KaZaA | Pretenders - Middle Of The Road.mp3 | Pretenders | 3,961KB | Audio | |
| aubreyt@KaZaA | The Garden of Allah.wma | Don Henley | 3,352KB | Audio | |
| aubreyt@KaZaA | 20 ayo kato.mp3 | DMX | 5,318KB | Audio | |
| aubreyt@KaZaA | GangStarr - Full Clip (1).mp3 | GangStarr | 1,688KB | Audio | |
| aubreyt@KaZaA | 03 - Nickel Plated Pockets.mp3 | Aesop Rock | 4,236KB | Audio | |
| aubreyt@KaZaA | Strangefolk - Alaska (1).mp3 | Strangefolk | 5,277KB | Audio | |
| aubreyt@KaZaA | Linda Ronstadt - Don't Know Much (Aaron Neville).mp3 | Linda Ronstadt_Aaron... | 4,130KB | Audio | |
| aubreyt@KaZaA | Nickle Creek - Banjo_Fiddle Music.mp3 | Nickle Creek | 2,429KB | Audio | |
| aubreyt@KaZaA | Eurythmics - Here comes the rain again (acoustic).mp3 | Annie Lennox | 2,749KB | Audio | Here comes the r |
| aubreyt@KaZaA | 05-bare-wonderful-bare.mp3 | annie lennox | 3,385KB | Audio | |
| aubreyt@KaZaA | three doors down - kryptonite (1) (1) (1) (1) (1) (1) (1).mp3 | Three Doors Down | 5,498KB | Audio | kryptonite (1) (1) |
| aubreyt@KaZaA | Sara McLachlan - Angel.MP3 | Sarah McLaclan | 3,200KB | Audio | |
| aubreyt@KaZaA | Jessie Colin Young - Desire.mp3 | Jessie Colin Young | 3,193KB | Audio | |

Found 841 files    2,440,883 users online, sharing 442,209,339 files (3,832,128 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Jessie Colin Young - Desire.mp3 | Jessie Colin Young | 3,193KB | Audio |
| aubreyt@KaZaA | Eric Clapton - Easy Now.mp3 | Eric Clapton | 2,767KB | Audio |
| aubreyt@KaZaA | Traffic - Low Spark Of High Heel Boys.mp3 | Traffic | 10,896KB | Audio |
| aubreyt@KaZaA | Traffic - Dear Mr.mp3 | Traffic | 3,170KB | Audio |
| aubreyt@KaZaA | Starry_Night.mp3 | ZOX | 5,458KB | Audio |
| aubreyt@KaZaA | eric clapton - layla (unplugged) (1).mp3 | Eric Clapton | 4,471KB | Audio |
| aubreyt@KaZaA | zox - Rain_On_Me.mp3 | ZOX | 3,773KB | Audio |
| aubreyt@KaZaA | James Taylor.kpl | James Taylor | 0KB | Audio |
| aubreyt@KaZaA | beastie boys girls.mp3 | Beastie Boys | 1,324KB | Audio |
| aubreyt@KaZaA | Pink Floyd - Wish You Were Here (1).mp3 | Phish (Pink Floyd Covers) | 5,012KB | Audio |
| aubreyt@KaZaA | Duncan Sheik - I'm Thinking It Over.MP3 | Duncan Sheik | 3,950KB | Audio |
| aubreyt@KaZaA | jack johnson-taylor-on and on.mp3 | jack johnson | 1,940KB | Audio |
| aubreyt@KaZaA | jack johnson-on and on-wasting time-07.mp3 | jack johnson | 4,812KB | Audio |
| aubreyt@KaZaA | jack johnson-on and on-taylor.mp3 | jack johnson | 1,616KB | Audio |
| aubreyt@KaZaA | jack johnson-on and on-wasting time-07 (1).mp3 | jack johnson | 2,893KB | Audio |
| aubreyt@KaZaA | gone-on and on_jack johnson.mp3 | jack johnson | 6,983KB | Audio |
| aubreyt@KaZaA | The Only Child.mp3 | Browne, Jackson | 3,462KB | Audio |
| aubreyt@KaZaA | 02 - The Low Spark Of High-Heeled Boys.MP3 | Traffic | 16,372KB | Audio |
| aubreyt@KaZaA | Traffic - Mr. Fantasy - 05 - Dear Mr.mp3 | Traffic | 6,728KB | Audio |
| aubreyt@KaZaA | Jackson Brown - Song For Adam.mp3 | Jackson Browne | 3,790KB | Audio |
| aubreyt@KaZaA | jack johnson-on and on-cocoon.mp3 | jack johnson | 1,754KB | Audio |
| aubreyt@KaZaA | Gerry's List.kpl | Don Henley | 1KB | Audio |
| aubreyt@KaZaA | Aubs Tunes.kpl | Unknown | 15KB | Audio |
| 2 Users | Fugees - 09 - The Score.mp3 | Fugees | 5,319KB | Audio |
| aubreyt@KaZaA | Fugees - No Woman No Cry.mp3 | Fugees | 4,305KB | Audio |
| aubreyt@KaZaA | Ani Defranco - Make Me Stay.mp3 | Ani Defranco | 2,440KB | Audio |
| aubreyt@KaZaA | Paul Simon - The Boxer (live in the park).mp3 | Paul Simon | 3,986KB | Audio |
| aubreyt@KaZaA | Journey_Faithfully.mp3 | Journey | 5,236KB | Audio |
| aubreyt@KaZaA | Jackson Browne- The Pretender.mp3 | Jackson Browne | 2,862KB | Audio |

Found 841 files | 2,440,883 users online, sharing 442,209,339 files (3,832,126 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | Jackson Browne- The Pretender.mp3 | Jackson Browne | 2,862KB | Audio |
| aubreyt@KaZaA | Jackson Browne - For A Dancer.mp3 | Browne, Jackson | 4,416KB | Audio |
| aubreyt@KaZaA | Jackson Browne - Late For The Sky.mp3 | Jackson Browne | 5,402KB | Audio |
| aubreyt@KaZaA | bette midler - I Can't Make You Love Me.mp3 | Bonnie Raitt | 5,122KB | Audio |
| aubreyt@KaZaA | John Lee Hooker_Bonnie Raitt - I'm In The Mood.mp3 | John Lee Hooker_Bonnie... | 4,210KB | Audio |
| aubreyt@KaZaA | Bonnie Raitt_B.B. King - Baby I Love You.mp3 | BB King w/Bonnie Raitt | 3,776KB | Audio |
| aubreyt@KaZaA | Jihn mayal_walter trout-Facinatin lover.MP3 | John Mayall_Walter Tro... | 7,104KB | Audio |
| aubreyt@KaZaA | John Mayal - Ain't no Brakeman.mp3 | John Mayall_The Bluesb... | 3,864KB | Audio |
| aubreyt@KaZaA | John Mayal - So Many Roads.mp3 | John Mayall_Friends | 5,839KB | Audio |
| aubreyt@KaZaA | Mr Bojangles.mp3 | Harry Chapin | 1,951KB | Audio |
| aubreyt@KaZaA | Journey - Escape - Entire Album CD(1).mp3 | Journey | 65,791KB | Audio |
| aubreyt@KaZaA | Dad's Songs.kpl | John Cougar Mellencamp | 13KB | Audio |
| aubreyt@KaZaA | Bob Marley - Could You Be Loved.mp3 | Bob Marley | 3,669KB | Audio |
| aubreyt@KaZaA | Puff Daddy - Cant Nobody Hold Me Down.mp3 | Puff Daddy | 4,792KB | Audio |
| aubreyt@KaZaA | NBA Live 2003 OST - 04 - Joe Budden - Drop Drop (1).mp3 | Joe Budden | 1,916KB | Audio |
| aubreyt@KaZaA | Beatnuts - Get Funky.mp3 | BEATNUTS | 3,413KB | Audio |
| aubreyt@KaZaA | And1 Mixtape Vol.mp3 | Kurupt | 4,079KB | Audio |
| aubreyt@KaZaA | 12_-_We_Got_The_Funk.mp3 | The Beatnuts | 3,956KB | Audio |
| aubreyt@KaZaA | 2Pac - Thugz Mansion (Accoustic).mp3 | 2Pac feat. Nas | 5,574KB | Audio |
| aubreyt@KaZaA | NELLY - E1.mp3 | Nelly | 3,374KB | Audio |
| aubreyt@KaZaA | Eskobar feat Heather Nova - Someone New.mp3 | Eskobar feat Heather No... | 3,305KB | Audio |
| aubreyt@KaZaA | Ludacris- Whats Your Fantasy.mp3 | Ludacris | 4,307KB | Audio |
| aubreyt@KaZaA | Beatnuts - Watch Out Now.mp3 | Beatnuts | 2,800KB | Audio |
| aubreyt@KaZaA | 03-50_cent-g_unit_anthem-xmk.mp3 | 50 Cent | 4,763KB | Audio |
| aubreyt@KaZaA | 11-lloyd_banks_and_50_cent-move-wcr.mp3 | Lloyd Banks_50 Cent | 4,432KB | Audio |
| aubreyt@KaZaA | TV Themes - James Bond 007.mp3 | Moby | 3,200KB | Audio |
| aubreyt@KaZaA | Bob Marly and The Wailers - .mp3 | Bob Marley | 5,911KB | Audio |
| aubreyt@KaZaA | Bob Marley - Stir It Up.mp3 | Bob Marley | 3,428KB | Audio |
| aubreyt@KaZaA | STORY OF THE YEAR - Until_the_Day_I_Die.mp3 | STORY OF THE YEAR | 2,628KB | Audio |

Found 841 files                    2,440,863 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | STORY OF THE YEAR - Until_the_Day_I_Die.mp3 | STORY OF THE YEAR | 2,628KB | Audio |
| aubreyt@KaZaA | Jackson Browne - Naked Ride Home 03 - Casino Nation.mp3 | Jackson Browne | 9,813KB | Audio |
| aubreyt@KaZaA | Techno Remix - Hotel California (The Orb Remix).mp3 | Techno Remixes | 6,238KB | Audio |
| aubreyt@KaZaA | dj melody - 80's Dance-Soft Cell - Tainted Love (Techno R... | Dance-Soft Cell | 5,539KB | Audio |
| aubreyt@KaZaA | Coolio - Gangsters Paradise.mp3 | Coolio | 3,773KB | Audio |
| aubreyt@KaZaA | sean paul - diwali riddim.MP3 | Sean Paul | 1,475KB | Audio |
| aubreyt@KaZaA | Various Artists - Like Lovers Do - Heather Nova.mp3 | Various Artists | 3,920KB | Audio |
| aubreyt@KaZaA | Fugees - Killing Me Softly.mp3 | The Fugees | 3,871KB | Audio |
| aubreyt@KaZaA | B Real, Coolio, Method Man, LL Cool J, Onyx - Hit'em High... | Method Man/Coolio/Onyx | 4,397KB | Audio |
| aubreyt@KaZaA | Reel Big Fish - Beer.mp3 | Reel Big Fish | 3,291KB | Audio |
| aubreyt@KaZaA | Cold Play - Beautiful World.mp3 | Coldplay | 2,146KB | Audio |
| aubreyt@KaZaA | 50 Cent - Wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| aubreyt@KaZaA | Chicago Soundtrack-Chicago Soundtrack-Cell Block Tango ... | Chicago Soundtrack | 5,243KB | Audio |
| aubreyt@KaZaA | 2Pac - Smoke Weed All Day.mp3 | TuPac, Eminem, Ice Cube,... | 3,964KB | Audio |
| aubreyt@KaZaA | Rock - Incubus - Still Not A Player.mp3 | Big Pun_Incubis | 4,737KB | Audio |
| aubreyt@KaZaA | OAR_Crazy Game of Poker.mp3 | Oar | 6,128KB | Audio |
| aubreyt@KaZaA | Chicago Soundtrack-Chicago Soundtrack-After Midnight (D... | Chicago Soundtrack | 4,118KB | Audio |
| aubreyt@KaZaA | 08 - Ludacris - Growing Pains - supermp3s.mp3 | Ludacris | 4,519KB | Audio |
| aubreyt@KaZaA | Dr.mp3 | Ice Cube, Eminem, Dr.Dre.. | 3,116KB | Audio |
| aubreyt@KaZaA | Jackson Browne - Naked Ride Home 10 - My Stunning Myst... | Jackson Browne | 6,864KB | Audio |
| aubreyt@KaZaA | Brand New Dj Clue - 02.mp3 | D-Block | 4,976KB | Audio |
| aubreyt@KaZaA | 11-50_cent-get_that_money-xmk.mp3 | 50 Cent | 5,777KB | Audio |
| aubreyt@KaZaA | G Unit - Guns For Sale (Dirty) - Aug 19, 2003 05.37.00.mp3 | G UNIT | 3,055KB | Audio |
| aubreyt@KaZaA | Jackson Browne - Naked Ride Home 05 - Never Stop.mp3 | Jackson Browne | 7,017KB | Audio |
| aubreyt@KaZaA | Beatnuts - Take It Or Squeeze It - 05 - Yo yo yo.mp3 | Beatnuts | 5,589KB | Audio |
| aubreyt@KaZaA | Instrumental-The Beatnuts, Dead Prez-Look Around.mp3 | Beatnuts | 5,089KB | Audio |
| aubreyt@KaZaA | Beatnuts and Methodman - Se acabo.mp3 | Beatnuts feat. Method M... | 3,366KB | Audio |
| aubreyt@KaZaA | DJ Honda feat. Beatnuts, fat joe, problems - 5 deadly ven.... | DJ Honda feat. The Beat... | 3,367KB | Audio |
| aubreyt@KaZaA | The Used - The Taste Of Ink.mp3 | -used | 3,446KB | Audio |

Found 841 files | 2,440,883 users online, sharing 442,209,339 files (3,832,126 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Shop | Traffic | Tell A Friend
New search | My Kazaa | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | The Used - The Taste Of Ink.mp3 | -used | 3,446KB | Audio |
| aubreyt@KaZaA | Mighty Mighty Bosstones - luck.mp3 | The Mighty Mighty Bossto… | 4,160KB | Audio |
| aubreyt@KaZaA | Christina Agulara - Beutiful.mp3 | Christina Aguilera | 5,592KB | Audio |
| aubreyt@KaZaA | Cky - Brans Freestyle (1).mp3 | Brandon ( CKY ) | 1,753KB | Audio |
| aubreyt@KaZaA | 2pac-ghost.mp3 | Tupac | 4,025KB | Audio |
| aubreyt@KaZaA | Mystical - Shake that ass.mp3 | Mystikal | 4,002KB | Audio |
| aubreyt@KaZaA | Phish - Farmhouse.mp3 | Phish | 3,814KB | Audio |
| aubreyt@KaZaA | Procol Harem - Nights In White Satin.mp3 | Procol Harem | 4,158KB | Audio |
| aubreyt@KaZaA | 02 - G-Unit - Poppin' Them Thangs.mp3 | G-Unit | 3,764KB | Audio |
| 2 Users | Jessie Colin Young -1 Songbi.mp3 | Jessie Colin Young | 4,080KB | Audio |
| aubreyt@KaZaA | 11-g-unit-smile-rns.mp3 | G-Unit | 5,111KB | Audio |
| 2 Users | Pretenders - Back On The Chain Gang (2).mp3 | Pretenders | 3,633KB | Audio |
| aubreyt@KaZaA | Oasis - Wonderwall.mp3 | Oasis | 3,520KB | Audio |
| aubreyt@KaZaA | Lonestar - Amazed.mp3 | Lone Star | 3,763KB | Audio |
| aubreyt@KaZaA | Faith Hill - Breathe.mp3 | Faith Hill | 3,925KB | Audio |
| aubreyt@KaZaA | Uncle Kracker - In a little while.mp3 | Uncle Cracker | 3,884KB | Audio |
| aubreyt@KaZaA | LL Cool J - Doin It.mp3 | LL Cool J | 4,577KB | Audio |
| aubreyt@KaZaA | James Taylor - The Greatest Hits - Shower The People.mp3 | James Taylor | 3,763KB | Audio |
| aubreyt@KaZaA | James Taylor - Carolina in My Mind.mp3 | James Taylor | 3,229KB | Audio |
| aubreyt@KaZaA | 2pac_eminem_outlawz_1dayatatime.mp3 | Tupac with Eminem | 5,268KB | Audio |
| aubreyt@KaZaA | Eminem - The Way I Am.mp3 | Eminem | 4,537KB | Audio |
| aubreyt@KaZaA | Crosby, Stills, Nash, and Young - Suite Judy Blue Eyes.mp3 | Crosby, Stills, Nash and Y… | 7,005KB | Audio |
| aubreyt@KaZaA | Phil Collins - Easy Lover.mp3 | Phil Collins | 4,754KB | Audio |
| 2 Users | Crosby, Stills, Nash and Young - Southern Cross.mp3 | Crosby, Stills, Nash and Y… | 4,437KB | Audio |
| aubreyt@KaZaA | kelly_osborne_papdontpreach (1).mp3 | Kelly Osbourne | 3,236KB | Audio |
| aubreyt@KaZaA | Five For Fighting - Superman.mp3 | Five for Fighting | 3,524KB | Audio |
| 2 Users | 02- Sultans of Swing.mp3 | Dire Straits with Eric Clap… | 10,424KB | Audio |
| 2 Users | Kenny Loggins_Messina - Danny's Song.mp3 | Loggins and Messina | 4,919KB | Audio |
| aubreyt@KaZaA | 07-notorious_big_and_50_cent-realest_niggas-rns.mp3 | Notorious B.I.G., 50 Cent | 4,963KB | Audio |

Found 841 files | 2,440,883 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

Kazaa - [Search]
File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| aubreyt@KaZaA | 07-notorious_big_and_50_cent-realest_niggas-rns.mp3 | Notorious B.I.G. _50 Cent | 4,983KB | Audio |
| aubreyt@KaZaA | 16-eminem-run_rabbit_run-lb.mp3 | Eminem | 4,504KB | Audio |
| aubreyt@KaZaA | Eminem - Remember Me.mp3 | Eminem | 3,448KB | Audio |
| aubreyt@KaZaA | 11-talib_kweli-get_by-swe.mp3 | Talib Kweli | 5,388KB | Audio |
| 2 Users | Chicago Movie - We Both Reached for the Gun.mp3 | Chicago Movie Soundtrack | 3,285KB | Audio |
| 2 Users | Crosby, Stills, Nash and Young - Southern Cross (1).mp3 | Crosby, Stills, Nash and Y... | 4,161KB | Audio |
| aubreyt@KaZaA | Jackson Browne - These Days.mp3 | Jackson Brown | 4,376KB | Audio |
| aubreyt@KaZaA | 08-jurassic_5-whats_golden-esc.mp3 | Jurassic 5 | 4,399KB | Audio |
| aubreyt@KaZaA | Phish - Golgi Apparatus (1).mp3 | Phish | 4,374KB | Audio |
| aubreyt@KaZaA | Biggie Smalls-I'm Going Ba .mp3 | Notorious BIG | 4,769KB | Audio |
| aubreyt@KaZaA | Jay-Z- H to the Izzo.mp3 | Jay-Z-01-H_To_The_Izzo... | 3,766KB | Audio |
| aubreyt@KaZaA | jzc_jayz_blueprint_05.mp3 | Jay-Z | 3,197KB | Audio |
| aubreyt@KaZaA | Methodman and Redman - Da Rockwilder.mp3 | Method Man and Redman | 3,221KB | Audio |
| aubreyt@KaZaA | Beatnuts-Spanish Rap.mp3 | Beatnuts | 3,847KB | Audio |
| aubreyt@KaZaA | Hi-Tek - Name Of The Game.mp3 | Talib Kweli | 1,732KB | Audio |
| aubreyt@KaZaA | Truth Hurts ft Rakim - Addictive.mp3 | Truth Hurts ft Rakim | 3,536KB | Audio |
| aubreyt@KaZaA | 02-Guns and Roses feat Lenny Kravitz.mp3 | Jay-Z f. Lenny Kravitz | 6,226KB | Audio |
| aubreyt@KaZaA | Drag-On – Weed, Hoes, Doe (1).mp3 | Drag-On | 3,743KB | Audio |
| aubreyt@KaZaA | Mase - Why You Over There Lookin At Me.mp3 | Mase | 3,994KB | Audio |
| aubreyt@KaZaA | Dr. Dre feat. Eminem- Forget About Dre.mp3 | Dr. Dre | 2,606KB | Audio |
| aubreyt@KaZaA | All That Jazz.mp3 | Catherine Zeta Jones | 5,700KB | Audio |
| 2 Users | Jackson Browne - Fountain Of Sorrow (1).mp3 | Jackson Browne | 6,440KB | Audio |
| aubreyt@KaZaA | Instrumentals-Rap-Phat Ass Beats 2.mp3 | Freestyle Instrumental | 3,720KB | Audio |
| aubreyt@KaZaA | Instrumentals-- Rap- Phat Ass Beats.mp3 | rap/ hip hop | 1,133KB | Audio |
| aubreyt@KaZaA | Jordan Knight - Give It To You.mp3 | Jordan Knight | 4,493KB | Audio |
| aubreyt@KaZaA | Babys Got A Temper.wma | Prodigy | 3,123KB | Audio |
| aubreyt@KaZaA | Chicago - When You're Good To Mama.mp3 | Queen Latifah | 2,342KB | Audio |
| aubreyt@KaZaA | Safriduo - The Bongo song.mp3 | Safri Duo | 8,060KB | Audio |
| aubreyt@KaZaA | Jay-Z_ft.mp3 | Jay-Z and Beyonce | 1,616KB | Audio |

Found 841 files | 2,440,863 users online, sharing 442,209,339 files (3,832,128 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  MyKazaa  Theater  Search  Traffic  Stop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| aubreyt@KaZaA | Jay-z_ft.mp3 | Jay-Z and Beyonce | 1,616KB | Audio | Me a... |
| aubreyt@KaZaA | Buddy Guy_Bonnie Rait - Feels Like Rain.mp3 | Buddy Guy_Bonnie Raitt | 4,250KB | Audio | |
| aubreyt@KaZaA | Chingy 12 holiday Inn.mp3 | Chingy | 7,371KB | Audio | Holidae In... |
| aubreyt@KaZaA | 05-gangstar_ft_fat_joe_mop-who_got_gunz-wcr.mp3 | Gangstar ft Fat Joe MOP | 4,985KB | Audio | |
| aubreyt@KaZaA | Chicago Soundtrack-Chicago Soundtrack-Roxie (Renee Zel... | Chicago Soundtrack | 4,131KB | Audio | Roxie |
| aubreyt@KaZaA | South Park Mexicans (SPM) - You Know My Name.mp3 | Southpark Mexican | 4,480KB | Audio | |
| aubreyt@KaZaA | Busta Rhymes feat. Mariah Carey - I Know What You Want.. | Busta Rhymes | 7,602KB | Audio | I Know What Y... |
| 2 Users | Sheryl Crow - with Kid Rock - Picture  Cocky (1) (1).mp3 | Kid Rock and Sheryl Crow | 4,670KB | Audio | |
| aubreyt@KaZaA | Snoop Dogg - From Tha Church To Da Palace.MP3 | Snoop Dogg | 3,721KB | Audio | From Tha C... |
| aubreyt@KaZaA | The Strokes - Last Nite (2).mp3 | The Strokes | 3,047KB | Audio | |
| aubreyt@KaZaA | Mystical- Still Smokin.mp3 | Mystikal | 3,259KB | Audio | |
| aubreyt@KaZaA | Christina Aguilera - Impossible.mp3 | Christina Aguilera | 3,942KB | Audio | Impossible |
| aubreyt@KaZaA | NAS - Kissing.mp3 | Nas | 3,994KB | Audio | |
| aubreyt@KaZaA | Talib Kweli Freestyle 7_7_05.mp3 | Talib Kweli | 3,113KB | Audio | |
| aubreyt@KaZaA | Notorious B.I.G - Mo Money, Mo Problems.mp3 | Notorious BIG | 4,548KB | Audio | Mo M... |
| aubreyt@KaZaA | The Band - It Makes No Difference.mp3 | The Band | 6,408KB | Audio | It M |
| aubreyt@KaZaA | Fortune Faded (128).mp3 | Red Hot Chili Peppers | 3,128KB | Audio | |
| aubreyt@KaZaA | 01-r_kelly-ignition_(remix).mp3 | R. Kelly | 2,240KB | Audio | |
| aubreyt@KaZaA | 13 - Chicago Soundtrack (Movie) - Nowadays Hot Honey R... | Chicago Soundtrack | 1,648KB | Audio | Nowad... |
| aubreyt@KaZaA | OLIVA- BIZOUNCE(DIRTY UNCUT).mp3 | Olivia | 4,480KB | Audio | Bizo... |
| aubreyt@KaZaA | Chicago Soundtrack--chicago soundtrack--Overture And All... | Catherine Zeta-Jones | 4,946KB | Audio | Overture An... |
| aubreyt@KaZaA | LL Cool J - Imagine That.mp3 | LL Cool J | 4,488KB | Audio | |
| aubreyt@KaZaA | Red Hot Chili Peppers - Tiny Dancer.mp3 | Red Hot Chili Peppers | 1,877KB | Audio | |
| aubreyt@KaZaA | Elton John - Tiny Dancer.mp3 | Elton John | 7,382KB | Audio | |
| aubreyt@KaZaA | Mozart - Shawshank Redemption - 16 Marriage of Figaro.m... | Mozart | 3,356KB | Audio | 16 ... |
| aubreyt@KaZaA | 02 - funny honey.mp3 | Renee Zellweger | 3,427KB | Audio | |
| aubreyt@KaZaA | Chicago - You're the Inspiration.mp3 | Chicago | 3,104KB | Audio | You... |
| aubreyt@KaZaA | Bone Thugz w-Natorius BIG - Notorious Thugs.mp3 | Notorious BIG | 4,526KB | Audio | |
| aubreyt@KaZaA | Wordsworth vs. Master Fuol - Freestyle Battle.mp3 | Wordsworth vs. Master F... | 2,433KB | Audio | |

Found 841 files        2,440,883 users online, sharing 442,209,339 files (3,832,128 GB)    Not sharing any files