AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

LOUD RECORDS, LLC, a Delaware corporation;
UMG RECORDINGS, INC., a Delaware corporation;
SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,

CASE NUMBER: 04-30136-MAP

V.

LEE THURSTON

TO:
LEE THURSTON
26 Valley Road
South Hampton, MA 01073

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

  COLIN J. ZICK
  GABRIEL M. HELMER
  FOLEY HOAG LLP
  155 Seaport Boulevard
  Boston, MA 02210-2600
  PHONE: (617) 832-1000
  FAX:   (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              July 28, 2004
CLERK                                     DATE

_Mary Finn_
(BY) DEPUTY CLERK

AO 440 Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|

Office of the Sheriff • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

[illegible handwritten return of service text]

_____
Deputy Sheriff

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                    Signature of Server

                                _____
                                Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.