UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUD RECORDS, LLC

    v.                                  CA NO: 04-30136-MAP

LEE THURSTON

ORDER

December 29, 2004

A complaint in the above captioned case was filed on July 20, 2004 and the return of service was executed on August 11, 2004. No answer to the complaint has been received as of this date.

Counsel for plaintiff is hereby ordered to file a status report with the Court on or before January 19, 2005 as to their intent to proceed with this action.

Failure to comply with this order shall result in dismissal of this case.

                                             /s/ Michael A. Ponsor
                                           MICHAEL A. PONSOR
                                           U.S. DISTRICT JUDGE