UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>    Plaintiffs,<br><br>v.<br>LEE THURSTON,<br><br>    Defendant. | CIVIL ACTION No. 04-30136 MAP |

## STATUS REPORT

Pursuant to the December 29, 2004 Order of this Court, Plaintiffs submit this Status Report regarding the above-encaptioned matter.

Plaintiffs filed the Complaint in this matter on July 20, 2004 and service on the Defendant was made on July 22, 2004. Following service of the Complaint, the Plaintiffs granted an extension of time until August 23, 2004 for the Defendant to answer the Complaint.

The parties then engaged in settlement discussions. Plaintiffs were of the belief that on or about October 4, 2004, the parties had reached an agreement in principle as to settlement terms. Subsequently, however, the Defendant has refused to execute the relevant settlement documents.

On December 15, 2004, Plaintiffs' California counsel sent a letter to Mr. Thurston reminding him of the agreed settlement terms and requesting a response from him in seven days. No response was received. On January 5, 2005, Plaintiffs' California counsel called the Defendant's residence and spoke with the Defendant's wife. The Defendant's wife stated that

Mr. Thurston was not there and took counsel's telephone number. Plaintiffs' counsel has not received any call or other communication from Mr. Thurston since January 5, 2005.

The Defendant's Answer to the Complaint in this matter is now seriously overdue. Accordingly, Plaintiffs will shortly file a Request for Entry of Default against the Defendant.

> LOUD RECORDS, LLC; UMG RECORDINGS, INC; SONY MUSIC ENTERTAINMENT, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS,
> By its attorneys,
>
>   /s/ Gabriel M. Helmer
> Colin J. Zick, BBO# 556538
> Gabriel Helmer, BBO# 652640
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA  02210-2600
> Telephone:  (617) 832-1000
> Fax:  (617) 832-7000

Dated: January 18, 2005