UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| LOUD RECORDS, LLC, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership, | CIVIL ACTION No. 04-30136-MAP<br><br>The Hon. Michael A. Ponsor |
| Plaintiffs, | |
| v. | |
| LEE THURSTON | |
| Defendant. | |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Lee Thurston, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Lee Thurston has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Lee Thurston hereby is entered.

DATED: _____        By: _____
                                                                    Deputy Clerk