LAW OFFICES
## MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dfdt@msk.com

September 7, 2004

LEE THURSTON
26 Valley Road
South Hampton, MA 01073

    Re:    **Loud Records, LLC et al. v. Lee Thurston**
            **United States District Court for the District of Massachusetts**
            **Case No. 04-30136-MAP**

Dear Mr. Thurston:

    This law firm is counsel to the record company Plaintiffs. We wrote to you on August 31, 2004, to notify you that you had failed to file and serve a response to the Complaint within the time required by law, and to urge you to do so immediately. You still have not done so. If you do not file and serve a response to the Complaint within one week from the date of this letter, Plaintiffs will ask the Court to enter your default and to enter judgment against you, including monetary damages and an injunction. Once again, we urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so.

    If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. *Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement.* If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

*Yvette Molinaro*
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP
