LAW OFFICES

# MITCHELL SILBERBERG & KNUPP LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683
TELEPHONE: (310) 312-2000
FACSIMILE: (310) 312-3100
WWW.MSK.COM

## TELECOMMUNICATIONS COVER PAGE

December 15, 2004

TO THE FOLLOWING

| NAME/COMPANY | FAX NO. | PHONE NO. | CITY/STATE |
|---|---|---|---|
| Colin Zick<br>Foley Hoag LLP | 617 832 7000 | 617 832 1275 | Boston, MA |

| | | | |
|---|---|---|---|
| FROM: | Rebecca A. Furman | PAGES: | _____ (Including cover sheet) |
| DIRECT DIAL: | (310) 312-3130 | CLIENT/MATTER: | 11224-00110 |
| FAX: | (310) 231-8330 | DOCUMENT ID: | 0728125.1 |
| ROOM: | 817 | RE: | Loud v. Thurston |

MESSAGE

**Please see attached.**

**IF YOU DID NOT RECEIVE ALL OF THE PAGES, PLEASE CALL AS SOON AS POSSIBLE (310) 312-2000.**

OPERATOR: _____   TIME SENT: _____   RUSH: _____

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

LAW OFFICES

# MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dfdt@msk.com

December 15, 2004

LEE THURSTON
26 Valley Road
South Hampton, MA 01073

Re: **Loud Records, LLC et al. v. Lee Thurston**
**United States District Court for the District of Massachusetts**
**Case No. 04-30136-MAP**

Dear Mr. Thurston:

This law firm is counsel to the record company Plaintiffs. You were served with the Summons and Complaint on July 22, 2004. On October 4, 2004 you agreed to settle this matter for $4,000. We still have not received payment and the signed documents. As the Summons stated, the law required you to file and serve a response to the Complaint within 20 days after you were served. Because you have failed to do so, Plaintiffs now have the right to ask the Court to enter your default and to enter judgment against you for all of the relief sought in the Complaint, including monetary damages and an injunction. We urge you to either return the Stipulation to Judgment and Permanent Injunction and payment, or file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so. Failure to respond to the Complaint can have serious consequences for you.

Unless we receive payment and the signed and dated Stipulation to Judgment back from you within seven (7) days from the date of this letter, we will ask the court to enter your default.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP